UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:07-0058 |
| | ) | |
| $275,000 IN UNITED STATES CURRENCY | ) | |

ORDER

Pending before the Court are a Report And Recommendation of the Magistrate Judge (Docket No. 26), and Claimant Ali Konate's Objections To Report and Recommendation (Docket Nos. 37, 38). The Court held oral argument on the Objections to the Report and Recommendation on June 5, 2009.

Pursuant to 28 U.S.C. § 636, Rule 72 of the Federal Rules of Civil Procedure, and Rule 9 of the Local Rules Governing Duties of and Proceedings Before Magistrate Judges, the Court has considered the Objections filed by the Claimant and the entire record in this case, and has made a *de novo* review of the findings and recommendations of the Magistrate Judge. The Objections are overruled, and the Report and Recommendation is ADOPTED and APPROVED. Accordingly, the Claimant's Motion To Suppress Fruits Of Warrantless, Non-Consensual Search Of A 2004 Chevrolet Express Van And Locked Suitcase Contained Therein (Docket No. 16) is DENIED.

The merits of the forfeiture petition are yet to be determined. A trial date is set by contemporaneous order.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE